IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRENCE MACK BOOTH,

    Plaintiff,

v.                                                  Civil Action No. **3:19CV169**

LT. M. LAPOTE, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on July 29, 2020, the Court granted Plaintiff an extension of thirty (30) days from the date of entry thereof to respond to the Motion to Dismiss. (ECF No. 37.) Despite the extension of time, Plaintiff failed to file a response to the Motion to Dismiss. The record before the Court suggests that Plaintiff lacks any interest in continuing to prosecute this action. Accordingly, by Memorandum Order entered on January 5, 2021, the Court directed, Plaintiff within fourteen (14) days of the date of entry thereof, to file a written statement indicating that he wishes to continue to litigate this action. The Court warned Plaintiff that if he failed to respond, the action will be dismissed. *See* Fed. R. Civ. P. 41(b).

More than fourteen (14) have elapsed since the entry of the January 5, 2021 Memorandum Order and Plaintiff failed to file a response. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                     /s/
                                                               M. Hannah Lauck
                                                               United States District Judge

Date: Jan. 21, 2021
Richmond, Virginia